■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY HUNT, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on or about May 22, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.

■ In the Matter of MILAGROS LUNA, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents, et al., Respondent. [873 NYS2d 490]—Appeal from an order, Supreme Court, New York County (Carol R. Edmead, J.), entered July 28, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.